### (January 13, 1939.)

ELVIRA KOCH and MARIE KOCH, Respondents, v. JOHN J. FOGARTY, SEYMOUR QUEL, FRANK B. DEVLIN and LEONARD B. BICKWIT, Sued Herein as " JOHN " BICKWIT, Copartners, etc., Appellants.— Order unanimously affirmed, with

twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.